Argued and submitted April 23, affirmed August 18, 1982

STATE OF OREGON,
*Respondent,*

*v.*

CHARLIE LEE WALKER,
*Appellant.*

(No. 81-0435, CA A22887)

649 P2d 624

Stephen J. Williams, Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and William F. Gary, Solicitor General, Salem.

Before Gillette, Presiding Judge, and Warden, and Young, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his convictions for attempted murder and assault in the first degree, contending that the trial court erred in allowing a non-licensed Oregon State Hospital clinical psychologist to testify regarding defendant's mental state.

■ ■ Whether or not a witness is qualified to express an expert opinion on a subject is a matter within the sound discretion of the trial court. *State v. Bolger,* 31 Or App 565, 567, 570 P2d 1018 (1977). That discretion was not abused here. The trial court properly ruled that the psychologist's lack of a license went, at most, to the weight of his testimony, not to its admissibility.

Affirmed.